**No. 09-7853. Dennis H. Wendell, Petitioner v. United States District Court for the Northern District of New York.**

559 U.S. 1117, 130 S. Ct. 2431, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3823.

May 3, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 963, 130 S. Ct. 1570, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1053.

**No. 09-7892. Sammie D. Kinnard, Petitioner v. Metropolitan Police Department, et al.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3766.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 945, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1268.

**No. 09-7894. Elizabeth Liggon-Redding, Petitioner v. Willingboro Township, New Jersey, et al.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3784.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 945, 130 S. Ct. 1514, 176 L. Ed. 2d 123, 2010 U.S. LEXIS 1109.

**No. 09-8023. Roberto Baez, Petitioner v. Robert J. James, Judge, Superior Court of Georgia, Douglas County.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3825.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 948, 130 S. Ct. 1526, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1202.

**No. 09-8230. Willie Watson, Petitioner v. Neighbors Credit Union, et al.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3868.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 978, 130 S. Ct. 1700, 176 L. Ed. 2d 191, 2010 U.S. LEXIS 2020.

**No. 09-8305. Anthony Wooten, Petitioner v. Michigan.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3812.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2167.